# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS SUAREZ, | : | Civil No. 3:13-cv-2004 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| JOHN KERESTES, *et al.*, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this __14th__ day of November, 2016, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus, (Doc. 1), is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

_____
Robert D. Mariani
United States District Judge